Richard J. Reynolds
Arizona Bar No. 027608
E-mail: rreynolds@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067
Tel: 949.863.3363 Fax: 949.863.3350

Attorneys for Defendant
TRINITY FINANCIAL SERVICES, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

ANGEL ORTIZ, and MARIA ORTIZ, husband and wife,

Plaintiffs,

v.

TRINITY FINANCIAL SERVICES, LLC an Arizona limited liability company; MTC FINANCIAL INC., an Arizona corporation,

Defendants.

Case No.: 4:15-cv-00001-CKJ

**CORPORATE DISCLOSURE STATEMENT BY TRINITY FINANCIAL SERVICES, LLC**

This Corporate Disclosure Statement is filed on behalf of TRINITY FINANCIAL SERVICES, LLC in compliance with the provisions of: *(check one)*

__X_ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

__X__ No such corporation.

____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (Attach additional pages if needed.)

________________________________ Relationship ____________________________

____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)

________________________________ Relationship ____________________________

__X___ Other(please explain)

TRINITY FINANCIAL SERVICES, LLC is a Wyoming Limited Liability Company with its principal place of business in Newport Beach, CA.

///

///

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated: February 27, 2015

By: */s/ Richard J. Reynolds*

Richard J. Reynolds
BURKE, WILLIAMS & SORENSEN, LLP
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067

Attorneys for Defendant
TRINITY FINANCIAL SERVICES, LLC

## CERTIFICATE OF SERVICE

I certify that I am an employee of BURKE, WILLIAMS & SORENSEN, LLP, and that on February 27, 2015, I caused to be served a true copy of the **CORPORATE DISCLOSURE STATEMENT BY TRINITY FINANCIAL SERVICES, LLC** addressed to all parties and counsel as identified on the Court-generated Notice of Electronic Filing; all counsel being registered to receive CM/ECF Electronic Filing as follows:

- **Aaron M Green** - greenlawaz@gmail.com
- **Richard Joseph** Reynolds - rreynolds@bwslaw.com, dwetters@bwslaw.com, fcabezas@bwslaw.com, mslobodien@bwslaw.com, psoeffner@bwslaw.com

Patti Soeffner

Patti Soeffner

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4817-8504-2465 v1 - 1 - CERTIFICATE OF SERVICE